# ALABAMA COURT OF CRIMINAL APPEALS



December 12, 2025

**CR-2024-0968**
Barbara A. Minor v. State of Alabama (Appeal from Baldwin Circuit Court: CC-23-995)

## NOTICE

You are hereby notified that on December 12, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk